**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIR J. GOLDSTEIN,<br><br>              Plaintiff,<br>  v.<br><br>CBE GROUP, INC.; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>              Defendants. | Case No. 2:12-cv-2540-ODW(AJWx)<br><br>**ORDER TO SHOW CAUSE RE IMPROPER VENUE** |

      Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing no later than August 1, 2012, why this action should not be dismissed for improper venue. Plaintiff's Complaint alleges no facts relating to this district: Plaintiff resides in New York (Compl. ¶ 2); Defendant CBE Group, Inc. is a company with a principal place of business in Iowa (*Id.* ¶ 3); and Plaintiff does not allege that any specific acts occurred in this district.

      Generally, venue is proper in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

If the parties believe that a different district is more suitable for this action, the Court may entertain transferring this case instead of dismissing it. Failure to timely respond to this order will result in the dismissal of the action.

**IT IS SO ORDERED.**

July 27, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**